*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                          Chapter: 13

    Christopher Bruce

              Debtor(s)          Bankruptcy No: 08−10288−elf

## *O R D E R*

AND NOW, this 14th day of January, 2008 , the debtor having failed to file or submit with the petition all of the

documents required by Fed. R. Bankr. P. 1007,

And the following documents are missing

> Certification Concerning Credit Counseling and/or Certificate of
> Credit Counseling due 1/18/2008. Attorney Disclosure Statement
> due 1/26/2008. Attorney Signature Page 2(3) due 1/26/2008.
> Chapter 13 Plan due by 1/26/2008. Statement of Current Monthly
> Income due 1/26/2008. Schedules A−J due 1/26/2008. Statement of
> Financial Affairs due 1/26/2008. Summary of schedules due
> 1/26/2008. Statistical Summary of Certain Liabilities due 1/26/2008

It is hereby ORDERED that, if the debtor has not filed the Matrix List of Creditors (as required

by L.B.R. 1007−2) or the Certificate of Credit Counseling or a Request for a Waiver from the Credit

Counseling Requirement, then those documents are due within 7 days of the filing of the petition or

else this case may be dismissed without additional notice or hearing after that date.

It is further ORDERED that all other missing documents are due within 15 days of the date of the filing

of the petition, unless an extension for cause, sought prior to the expiration of 15 days, is granted. If not,

this case may be dismissed without additional notice or hearing after 1/26/08 .

              By the Court

              Eric L. Frank
              Judge , United States Bankruptcy Court

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE  OF  SERVICE

```
District/off: 0313-2        User: Antoinett        Page 1 of 1              Date Rcvd: Jan 14, 2008
Case: 08-10288             Form ID: 131            Total Served: 3


The following entities were served by first class mail on Jan 16, 2008.
db           +Christopher Bruce,   3200 Whitney Court,   Bensalem, PA 19020-1933
aty          +CAROL B. MCCULLOUGH,   McCullough & Eisenberg PC,   530 West Street Road,   Suite 201,
              Warminister, PA 18974-3234
tr           +WILLIAM C. MILLER,   Chapter 13 Trustee,   111 S. Independence Mall,   Suite 583,
              Philadelphia, PA 19106-2520

The following entities were served by electronic transmission.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 16, 2008**                    **Signature:**  _Joseph Speetjens_