IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                              : CHAPTER 13

CHRISTOPHER BRUCE                               : CASE NO. 08-10288 ELF

### ORDER GRANTING EXTENSION OF TIME
### TO FILE SCHEDULES AND STATEMENTS

AND NOW, this 5th day of Feb, 2008 upon consideration of the within APPLICATION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS, it is hereby

ORDERED AND DECREED that the said APPLICATION be and it is hereby GRANTED, and the date by which Debtor must file schedules and statements is extended to FEBRUARY 12, 2008.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE
Eric L Frank

William Miller, Trustee
P. O. box 40119
Philadelphia, Pa 19106

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0313-2           User: Virginia              Page 1 of 1                  Date Rcvd: Feb 06, 2008
Case: 08-10288                 Form ID: pdf900             Total Served: 4

The following entities were served by first class mail on Feb 08, 2008.
db           +Christopher Bruce,    3200 Whitney Court,    Bensalem, PA 19020-1933
aty          +CAROL B. MCCULLOUGH,    McCullough & Eisenberg PC,    530 West Street Road,   Suite 201,
               Warminister, PA 18974-3234
tr           +WILLIAM C. MILLER,    Chapter 13 Trustee,    111 S. Independence Mall,    Suite 583,
               Philadelphia, PA 19106-2520
ust          +United States Trustee,    Office of the U.S. Trustee,    833 Chestnut Street,   Suite 500,
               Philadelphia, PA 19107-4405

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 08, 2008**                    **Signature:**    *Joseph Speetjens*