```
                        UNITED STATES BANKRUPTCY COURT
                        FOR THE EASTERN DISTRICT OF PA
 IN THE MATTER OF:                                                PAGE    1

                                          )     CHAPTER 13
                                          ) CASE NO.      0810288   ELF
 CHRISTOPHER BRUCE                        )
                                          )     DATE FILED: 01/11/2008
                                          ) DATE CONFIRMED:
 3200 WHITNEY COURT                       ) DATE CONCLUDED: 03/12/2008
 BENSALEM, PA   19020         DEBTOR (S)  )
                                          )
 -----------------------------------------)

                         STANDING CHAPTER 13 TRUSTEE'S
                                FINAL REPORT
                        NOT CONFIRMED(AND DISMISSED)


    Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
 maintained detailed reports of receipts and disbursements which are as follows
 ----------------------------------------  -------------------------------------
                                             Amount       Paid
 Claim Creditor's Name                       Allowed     to Date    Balance Due
 ----------------------------------------  -------------------------------------

 UNSECURED
 01   ROUNDUP FUNDING, LLC                    691.73       0.00        691.73
                                                        -------------
                                                           0.00
 DEBTOR ATTORNEY
 000 CAROL B.  MCCULLOUGH                       0.00       0.00          0.00
                                                        -------------
                                                           0.00


 -------------------------------------------------------------------------------
    TOTAL RECEIPTS         DISBURSED         TRUSTEE FEES          CASH ON HAND
         0.00                 0.00               0.00                  0.00
 -------------------------------------------------------------------------------
```

```
                    UNITED STATES BANKRUPTCY COURT
                    FOR THE EASTERN DISTRICT OF PA
 IN THE MATTER OF:                                              PAGE    2

                                         )      CHAPTER 13
                                         ) CASE NO.      0810288   ELF
 CHRISTOPHER BRUCE                       )
                                         )      DATE FILED: 01/11/2008
                                         ) DATE CONFIRMED:
 3200 WHITNEY COURT                      ) DATE CONCLUDED: 03/12/2008
 BENSALEM, PA  19020          DEBTOR (S) )
                                         )
 ----------------------------------------)

                      STANDING CHAPTER 13 TRUSTEE'S
                              FINAL REPORT
                       NOT CONFIRMED(AND DISMISSED)
```

WHEREFORE, the Trustee prays that a Final Decree be entered discharging him/her as Trustee and releasing the Trustee and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.
Pursuant to FRBP 5009, I certify the case has been fully administered.

```
                              /s/ WILLIAM C MILLER
                              SUITE 583 – THE BOURSE BLDG
                              111 S INDEPENDENCE MALL E
                              PHILADELPHIA, PA  19106
```

PRINTED   03/12/08